JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CRUZ IVAN AISPURO, | No. CV 25-9251-AH(E) |
| Petitioner, | |
| v. | JUDGMENT |
| ACTING WARDEN<br>MDC-LOS ANGELES, | |
| Respondent. | |

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: FEBRUARY 25, 2026.

_____
ANNE HWANG
UNITED STATES DISTRICT JUDGE